# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

June 28, 2023

<u>**Via ECF**</u>
Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re: Tanko v. Moore, et al.
        Case No. 3:23-cv-02187 (RK) (JBD)
        Our File No. 01148

Dear Judge Kirsch,

  This firm represents plaintiff in the above referenced matter. Presently pending is the defendants' Motion to Dismiss, returnable July 17, 2023. With the consent of my adversary, we respectfully request a two week adjournment of the above motion and corresponding papers, as the holiday weekend is coming up and additional time is needed to submit a timely response. Our adversary consents to this request.

  We thank Your Honor for consideration of the above.

Respectfully submitted,

MURRAY-NOLAN BERUTTI LLC

*Ronald A. Berutti*
By:_____
   Ronald A. Berutti

So ordered this 29th day of June, 2023.

/s/ Robert Kirsch
Robert Kirsch, U.S.D.J.

RAB:jm
cc: Jeffrey P. Catalano, Esq. (via ECF)

---

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111
30 Wall Street, 8th Floor, New York 10005 (212) 575-8500 (Please reply to NJ office)