UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL TANKO,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY MOORE, Ed.D., individually and in his capacity as Superintendent of School, and the HUNTERDON CENTRAL REGIONAL HIGH SCHOOL BOARD OF EDUCATION,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:23-cv-02187 (RK) (JBD)<br><br><br><br>**CONSENT ORDER OF ALL PARTIES TO DISMISS DEFENDANTS JEFFREY MOORE, Ed.D AND HUNTERDON CENTRAL REGIONAL HIGH SCHOOL BOARD OF EDUCATION'S MOTION TO DISMISS ON THE BASIS OF WITHDRAWAL** |

THE ABOVE MATTER having been submitted to the Court by Parker McCay P.A., attorneys for Defendants, by way of motion to dismiss and having been submitted to the Court by Murray-Nolan Berutti LLC, attorneys for Plaintiff by way of cross-motion seeking leave to file amended complaint; and with the Court having reviewed the pleadings on file to include the motion and any responses thereto; and with the consent of counsel for both Plaintiff and Defendant appearing below to form and entry of the within Order; and for good cause shown;

IT IS on this ___27___ day of ____July____, 2023 ORDERED that Defendants have agreed, on Plaintiff's request, to withdraw their Motion to Dismiss, without prejudice, to permit Plaintiff to file an amended complaint; and

IT IS FURTHER ORDERED and ADJUDGED that Plaintiff shall have leave to file his First Amended Complaint within thirty (30) days of the date of this Order; and

IT IS FURTHER ORDERED and ADJUDGED that counsel for Defendants shall accept service of the First Amended Complaint and provide a responsive pleading within sixty (60) days of service; and

A true and correct copy of this Order shall be deemed served upon all counsel of record by way of electronic notification.

_____
HON. ROBERT KIRSCH, U.S.D.J.

In Consent:

MURRAY-NOLAN BERUTTI LLC
Attorneys for Plaintiff Paul Tanko

By: _____
RONALD A. BERUTTI, ESQUIRE

Clerk's office is directed to withdraw [10] Motion to dismiss.

PARKER McCAY P.A.
Attorneys for Defendants Jeffrey Moore, Ed.D. and Hunterdon Central Regional High School Board of Education

By: _____
JEFFREY P. CATALANO, ESQUIRE